UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CESAR AMEZQUI GOMEZ,**
**JOSE LUIS HERNANDEZ,**
**NAU HERNANDEZ, and FRANCISCO VALLADOLID,**

      **Plaintiffs,**

    v.                                Case No. 05C0796

**CITY WIDE INSULATION OF MADISON, INC.**
**d/b/a BUILDER'S INSULATION,**

      **Defendant.**

## ORDER

On November 1, 2005 plaintiffs Jose Luis Hernandez, Nau Hernandez and Francisco Valladolid moved to dismiss their claims in this Title VII lawsuit alleging discrimination based upon national ancestry.[1] Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED** that the claims of plaintiffs Jose Luis Hernandez, Nau Hernandez and Francisco Valladolid in this Title VII lawsuit are **DISMISSED WITH PREJUDICE**. This dismissal is without prejudice to the claims raised by these plaintiffs in <u>Hernandez v. City Wide Insulation of Madison Inc.</u>, No. 05C0303 (E.D. Wis.) and to any other claims which plaintiffs might have against defendant.

---

[1] Plaintiff Cesar Amezqui Gomez has not consented to dismissal and thus, this case will continue with Gomez as the sole plaintiff.

Dated at Milwaukee, Wisconsin this 21 day of December, 2005.

/s_____
Lynn Adelman
District Judge